**John D. NAGLE, as Commissioner of Immigration for the Port of San Francisco, California, Appellant, v. Silvio ROSET, Appellee.**

No. 6258.

Circuit Court of Appeals, Ninth Circuit.

June 1, 1931.

Geo. J. Hatfield, U. S. Atty., of San Francisco, Cal., for appellant.

Alfred L. Branch, of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, and good cause therefor appearing, it is ordered that the order of the District Court in this cause be, and hereby is, reversed.

■

**PACIFIC DOOR AND SASH COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 6532.

Circuit Court of Appeals, Ninth Circuit.

July 22, 1931.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Ordered motion of respondent for dismissal of petition to review, consented to by counsel for petitioner, granted, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

■

**PARAGON OIL COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 295.

Circuit Court of Appeals, Tenth Circuit.

June 1, 1931.

Merrick A. Whipple, of Tulsa, Okl., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Petition dismissed June 1, 1931, on motion of petitioner.

■

**Maude PEARMAN, Administratrix, etc., Appellant, v. LINCOLN NATIONAL LIFE INSURANCE CO.**

No. 9047.

Circuit Court of Appeals, Eighth Circuit.

April 3, 1931.

For opinion below, see 43 F.(2d) 163.

Raymond Klass, of Cedar Rapids, Iowa, Ruby Hulen, of Columbia, Mo., and Clay C. Rogers, of Kansas City, Mo., for appellant.

William C. Michaels and Charles M. Blackmar, both of Kansas City, Mo., and R. F. Baird, of Fort Wayne, Ind., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.